STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Kishor Madrasi
In Proper Person
5617 N. Freeway
Houston TX 77076

**REHEARING ACTION: November 25, 2009**

**Docket Number: 08  01522-CA**

**SURESH JARIWALA**
**VERSUS**
**KISHOR MADRASI**

**Appealed from ST. LANDRY Parish Case No. 08-C-3561-B**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kishor Madrasi** has this day been

    **DENIED.**

cc: Bruce Achille Gaudin, Counsel for the Appellee